**The relief described hereinbelow is SO ORDERED.**

**Signed December 07, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### El Paso Division

IN RE: **Rogelio Fernandez and Ana Maria Cruz De Fernandez** , Debtor(s)

Case No.: 15–31234–hcm

## ORDER AUTHORIZING PAYMENT OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

| | |
|---|---|
| NAME: | Jose Gallegos |
| ADDRESS: | 9135 Burr Oak Cir |
| | El Paso, TX 79907 |

Claimant, for payment of a dividend from unclaimed funds in the amount of $3020.75. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

*Verification of Funds dated:12/7/2022 by Finance Dept.*

###